14 F.3d 48
 New Jersey Association of Health Care Facilities, Inc., N.J.
Association of Non-Profit Homes for Aging, Inc., Greenwood
House Home for Jewish Aged, Inc.,Holiday Medical Center,
Inc., d/b/a Medicenter of Lakewood, Mega Care, Inc., d/b/a
Llanfair House,Presbyterian Homes of Northern N.J., Inc.,
d/b/aRobert Wood Johnson Health Care Center
v.
Gibbs (Alan J.), Commissioner of N.J. Department of Human
Services, Kilstein (Saul M.), Director of Division
of Medical Assistance and Health
 NO. 92-5623
 United States Court of Appeals,
Third Circuit.
 Nov 04, 1993
 
 Appeal From: D.N.J.,
 Lifland, J.
 
 
 1
 AFFIRMED.